■ The People of the State of New York, Respondent, v Jorge J. Hidalgo, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered November 28, 1983, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The defendant's contention that he was promised a sentence of three years to life is without support in the record. Rather, it appears clear that as part of the plea negotiations the People promised to recommend a sentence of five years to life which sentence, in fact, was imposed. As the defendant received the sentence for which he bargained, he cannot now be heard to complain *(see, People v Kazepis,* 101 AD2d 816). Further, as the defendant's counsel was able to negotiate a plea which satisfied the two-count A-I felony indictment in addition to three other then-pending, unrelated felony

charges, we do not find that the defendant was denied effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.